# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

       Plaintiff,                            CASE NO. 1:18-cv-223

v

MANGAT PROPERTY, LLC,               HON. PAUL L. MALONEY
a Michigan limited liability company,

       Defendant.

---

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Gary P. Bartosiewicz (P28934) |
| Valerie J. Fatica (0083812) | LENNON, MILLER, O'CONNOR & |
| LAW OFFICES OF OWEN DUNN, JR. | BARTOSIEWICZ, PLC |
| AttorneyS for Plaintiff | Attorneys for Defendant |
| The Ottawa Hills Shopping Center | 151 S. Rose Street, Suite 900 |
| 4334 W. Central Avenue, Suite 222 | Kalamazoo, Michigan  49007 |
| Toledo, OH 43615 | (269) 381-8844 |
| (419) 241-9661 | |

---

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby jointly stipulate as follows:

IT IS HEREBY STIPULATED that all matters in controversy having been settled, pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs to Plaintiff, LELAND FOSTER, and Defendant, MANGAT PROPERTY, LLC, a Michigan limited liability company.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: January 4, 2019          By: /s/ Owen B. Dunn, Jr.
                                      Owen B. Dunn, Jr. (P66315)

Attorney for Plaintiff

Dated: January 4, 2019                    By: /S/ Gary P. Bartosiewicz
                                               Gary P. Bartosiewicz (P28934)
                                               Attorney for Defendant

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-entitled cause may be and the same is hereby dismissed with prejudice and without costs to Plaintiff, LELAND FOSTER, and Defendant, MANGAT PROPERTY, LLC, a Michigan limited liability company.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

This Order resolves the last pending claim and closes this file.

Dated: _____              _____
                                           Honorable Paul L. Maloney
                                           United States District Court Judge

2